THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Anthony Scott,       
Appellant.
 
 
 

Appeal From Richland County
Edward B. Cottingham, Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-607
Submitted August 20, 2003  Filed October 20, 2003 

AFFIRMED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 Office of the Attorney General, of Columbia, Warren Blair Giese, Fifth Circuit 
 Solicitor's Office, of Columbia, for Respondent.
 
 
 

PER CURIAM: Anthony Scott appeals from his guilty plea to possession 
 with intent to distribute cocaine.  Scott contends the circuit court judge erred 
 in accepting his guilty plea without properly advising him of his trial rights 
 or of the consequences of his plea. We affirm [1] pursuant to Rule 220, SCACR, and State v. McKinney, 
 278 S.C. 107, 292 S.E.2d 598 (1982).
AFFIRMED.
HEARN, C.J., ANDERSON and CURETON, 
 JJ., concur.

 
 [1]   We affirm this case without oral argument pursuant 
 to Rule 215, SCACR.